DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JORDAN JAIME SILVER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2546
————————————————

March 27, 2024

Appeal from the Circuit Court for Hillsborough County; Samantha L. Ward, Judge.

Howard L. Dimmig, II, Public Defender, and Jonah K. Dickstein, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.